IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| WEST GAINES SEED, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEN MILLERS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 5:17-CV-103-C |

# ORDER

On this date, the Court considered Defendant's Motion to Reconsider the Order Denying Defendant's Motion to Extend Defendant's Expert Designation and Report Deadlines, filed September 21, 2018, along with the Response, filed September 24, 2018. After considering the arguments raised therein, the Court finds that good cause exists and Defendant's Motion to Reconsider should be **GRANTED IN PART** and the Motion to Extend Deadlines should also be **GRANTED IN PART**.

More specifically, any extension for designating experts and for producing the expert reports will ONLY be extended as to Sampson Nguyen, C.S. Kirkpatrick, and Haag Engineering because those are the only experts argued to have been referred to in the previously-filed motion for summary judgment.[1]

---

[1]As argued by Defendant, Sampson Nguyen, C.S. Kirkpatrick, and Haag Engineering were referred to as experts in the motion for summary judgment and clearly Defendant intended to rely upon them as experts. Plaintiff does not object to the late designation of these experts. However, Plaintiff does object to the late designation of any other proposed experts (Timothy Marshall, Larry Dillon, Alan Doyle, and Chris Martin).

The Court finds that good cause does not exist to designate any other experts and to do so would unjustly prejudice the Plaintiff. As such, the deadline for filing Defendant's designation of experts Samson Nguyen, C.S. Kirkpatrick, and Haag Engineering is September 11, 2018, and the deadline for producing their amended expert reports is October 11, 2018.[2] No further extensions will be allowed as to any other expert or expert report.

SO ORDERED.

Dated this 25th day of September, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

[2]Said experts may also be designated to testify to the "date of and extent of damages."