IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| WEST GAINES SEED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PEN MILLERS INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | )   Civil Action No. 5:17-CV-103-C |

## ORDER

On this date, the Court considered Plaintiff's Motion to Disqualify Crenshaw, Dupree & Milam, LLP, along with Defendant's Response and Plaintiff's Reply. The Court finds that said Motion to Disqualify should be **DENIED** for the reasons argued in the Response.

SO ORDERED.

Dated this 19th day of December, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE